# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 1, 2019

159327

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

CEDRIC JAMES SIMPSON,
     Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159327
COA: 345898
Oakland CC: 2012-243160-FH

On order of the Court, the application for leave to appeal the February 1, 2019 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 1, 2019



Clerk

b1021